895 F.2d 1576
 FIRST STATE INSURANCE COMPANY, Plaintiff-Appellant,
v.
WESTERN INVESTMENT & DEVELOPMENT CORP.; Keck's Drapery
Manufacturing Co.; James C. Barggren; Douglas D. Barman;
Larry Barman; Ben Giles; Harold Murphree; G.L. Scott;
Madonna L. Dunn; John F. O'Donnell; Michael Pelphrey;
Maurice J. Collins; Roy W. Hennings; and John Budesky,
Defendants-Appellees.
 No. 88-5518.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 26, 1990.
 
 Before GOODWIN, Chief Judge, BROWNING, TANG, FARRIS, PREGERSON, CANBY, NORRIS, BEEZER, HALL, LEAVY and TROTT, Circuit Judges.ORDER
 
 
 1
 In light of the parties' settlement of the underlying action, the court concludes that en banc would be improvident and that the appeal should be dismissed for want of a case or controversy.
 
 
 2
 The order granting en banc review is vacated. The appeal is dismissed as moot.